Case 23-21552-GLT   Doc 11-1   Filed 08/07/23   Entered 08/07/23 14:29:50   Desc
Failure Fl Docs Dsmal Ch13: Notice Recipients   Page 1 of 1
# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 8/7/2023 |
| Case: 23–21552–GLT | Form ID: 224 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
|---|---|---|
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| db | Robert Joseph Balash | 402 Bon Air Court | Cranberry Township, PA 16066 |
|---|---|---|---|
| cr | BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 |
| 15621310 | Specialized Loan Servicing | P.O. Box 60535 | City Of Industry, CA 91716–0535 |

TOTAL: 3